U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Nicole Reed
1148 Barley Drive
Montgomery, AL 36111

From: Birmingham District Office
Ridge Park Place
1130 22nd Street, South, Suite 2000
Birmingham, AL 35205-1130

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 130 2005 06904 | Devoralyn J. McGhee, Investigator | (205) 212-2070 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Beverly B. Hinton for*
Bernice Williams-Kimbrough, District Director

6 FEB 2006
(Date Mailed)

Enclosure(s)

cc: Sharon J. Abrams, Mgr Associate Relations

# CHARGE OF DISCRIMINATION

[ ] FEPA
[X] EEOC

and EEOC

**NAME:** Ms. Nicole Taylor Reed
**HOME TELEPHONE:** (334) 281-3924  cell: 328-0445
**STREET ADDRESS:** 1148 Barley Dr.
**CITY, STATE AND ZIP CODE:** Montgomery, AL 36111
**DATE OF BIRTH:** 11-7-81

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME

**NAME:** Big Lots Stores, Inc.
**NUMBER OF EMPLOYEES, MEMBERS:** Over 500
**TELEPHONE:** (614) 278-6800
**STREET ADDRESS:** 300 Phillipi Road
**CITY, STATE AND ZIP CODE:** Columbus, Ohio 43228
**COUNTY:** Franklin

**CAUSE OF DISCRIMINATION BASED ON:**
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] AGE
[ ] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER

**DATE DISCRIMINATION TOOK PLACE:**
EARLIEST / LATEST: March 28-30, 2005
[X] CONTINUING ACTION

**THE PARTICULARS ARE:**

See attached exhibits A and B.

RECEIVED SEP ... 2005

**Date:** 9-16-2005
**Signature of Charging Party:** Nicole S Reed

**SIGNATURE OF COMPLAINANT:** Nicole S Reed
SUBSCRIBED AND SWORN TO BEFORE ME ON THIS DATE
Martha Denby Warren
State of Ala. At Large
My Commission expires 12-10-05

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [ ] FEPA<br>[X] EEOC | 130 2005 05212 |

_____ and EEOC
State or local Agency, if any

| NAME (indicate Mr., Ms., Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| Ms. Nicole Taylor Reed | (334)281-3924  cell:328-0445 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1148 Barley Dr. | Montgomery, AL 36111 | 11-7-81 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Big Lots Stores, Inc. | Over 500 | (614)278-6800 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 300 Phillipi Road | Columbus, Ohio 43228 | Franklin |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] AGE
[ ] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST       LATEST
March 28-30, 2005
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See attached exhibits A and B.

RECEIVED
EEOC

JUN 9 2005

BIRMINGHAM DISTRICT OFFICE

MY COMMISSION EXPIRES JUNE 18, 2007

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements)<br><br>Claudia J Mitchell<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Nicole S Reed<br><br>Date 6-16-05  Charging Party (Signature) | SIGNATURE OF COMPLAINANT<br><br>Nicole S Reed<br><br>SUBSCRIBED AND SWORN TO BEFORE ME ON THIS DATE (DAY, MONTH, AND YEAR)<br>June 16, 2005 |

EEOC FORM 5 (Test 10/94)