**Before the Equal Employment Opportunity Commission**
**Birmingham District Office**
**Birmingham, Alabama**

| | |
|---|---|
| **Nicole Taylor Reed,** | ) |
| | ) |
| **Charging Party,** | ) |
| | ) Charge # |
| v. | ) |
| | ) |
| **Big Lots Stores, Inc.,** | ) |
| | ) |
| **Respondent.** | ) |

RECEIVED EEOC JUN 8 8 2005 BIRMINGHAM DISTRICT OFFICE

**Exhibit A**

That Charging Party, Nicole Taylor Reed, is a Black or African American female, over the age of nineteen, that was and is an employee of Big Lots Stores, Inc., Store 818 of Montgomery, Alabama during March 2005. (See associated cases of Autherine Croskey, Barbara Martin and Lola Mae Abner).

That said Charging Party was supervised on March 28-30, 2005 by Michael Williams, a White or Caucasian male associate store manager and Jerry Culpepper, a White or Caucasian male, store manager. On said dates the Charging Party was subjected to race and sex discrimination and or a racially and sexually hostile environment at Big Lots, Store 818 in Montgomery, Alabama by acts of Michael Williams et al. in which he subjected said African American female employee to sexual and racial discrimination, and sexual and racial harassment by his ridicule, etc. of the Charging Party by using photographs, cartoon type pictures and captions that were defaming, intrusive and invasive of privacy and were racially and sexually harassing, etc. as per Exhibit B, attached, etc.

That management at Big Lots, Inc., Store 818, furthermore during the last 180 days has made many comments and statements of a racially and sexually harassing nature toward, about,

and to the Charging Party which has made it very difficult for her to accomplish her job assignments.

That said race and sex discrimination and or said racially and or sexually hostile environment has substantially damaged the Charging Party by her having to experience mental anguish, damage to her reputation, lost wages, attorneys fees and costs, etc.

RECEIVED EEOC JUN 2 3 2005 BIRMINGHAM DISTRICT OFFICE