Exhibit B

RECEIVED
EEOC
JUN 2 3 2005
BIRMINGHAM DISTRICT OFFICE



3/29/05

RECEIVED
EEOC

BIRMINGHAM DISTRICT OFFICE



**Lola Abner**
CSS
888429
Store 818



Ms. Martin
Cashier
021709
Store 818



**Nicole Taylor**
Cashier
194649
Store 818



**Mrs. Crosky**
Stocker
948132
Store 818

RECEIVED
EEOC

BIRMINGHAM DISTRICT OFFICE












RECEIVED
EEOC
BIRMINGHAM DISTRICT OFFICE




3/30/05