◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Nicole Taylor Reed
Plaintiff
V.

**SUMMONS IN A CIVIL CASE**

Big Lots Stores, Inc.
Defendant

CASE NUMBER: 2:06cv380-MHT

TO: (Name and address of Defendant)

Big Lots Stores, Inc.
300 Phillipi Road
Columbus, OH 43228

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicole Taylor Reed
1148 Barley Drive
Montgomery, AL 36111

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    5/3/06

CLERK                                                    DATE

_[signature]_

(By) DEPUTY CLERK