**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Big Lots Stores, Inc.
    300 Phillipi Road
    Columbus, Ohio 43228

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _R. _____     ☑ Agent
                ☐ Addressee

B. Received by (Printed Name): R. Woods
C. Date of Delivery: 5/8/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:06CV380-S+C

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 2328

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540