UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. |
| BIG LOTS STORES, INC., | ) ) 2:06-CV-00380-MHT-CSC |
| Defendant. | ) ) ) ) |

**DEFENDANT BIG LOTS STORES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Big Lots Stores, Inc., by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby files its Corporate Disclosure Statement, stating as follows:

Big Lots, Inc. is a parent corporation of Big Lots Stores, Inc. Big Lots, Inc. is a publicly-held corporation that owns 10% or more of Big Lots Stores, Inc.'s stock.

Respectfully submitted this 30th day of May, 2006.

                                        Stephen X. Munger
                                        Georgia Bar No. 529611
                                        Gregory L. Smith, Jr.
                                        Georgia Bar No. 658369
                                        JACKSON LEWIS LLP
                                        1900 Marquis One Tower
                                        245 Peachtree Center Avenue, N.E.
                                        Atlanta, Georgia  30303-1226
                                        Telephone:     404-525-8200
                    Facsimile:     404-525-1173

2

| | |
|---|---|
| LOCAL COUNSEL: | /s/ Joseph T. Carpenter |
| | Joseph T. Carpenter |
| | Alabama Bar No. 5114C59J |
| | CARPENTER, INGRAM & MOSHOLDER, LLP |
| | 303 Sterling Centre |
| | 4121 Carmichael Road |
| | Montgomery, Alabama 36106 |
| | Telephone: 334-213-5600 |
| | Facsimile: 334-213-5650 |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | BIG LOTS STORES, INC. |

## CERTIFICATE OF SERVICE

I, Joseph T. Carpenter, Esq. do hereby certify I have served Plaintiff with the foregoing **DEFENDANT BIG LOTS STORES, INC.'S CORPORATE DISCLOSURE STATEMENT** by causing a copy to be sent certified mail, return receipt requested, to:

> Nicole Taylor Reed
> 1148 Barley Drive
> Montgomery, AL 36111

This, the 30th day of May, 2006.

/s/ Joseph T. Carpenter
Joseph T. Carpenter