IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:06cv380-MHT |
| | ) |
| BIG LOTS STORE, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is Attorneys Stephen X. Munger and Gregory L. Smith, Jr.'s motion to appear pro hac vice filed on May 30, 2006.  (Doc. # 9).  Upon consideration of the motion and for good cause, it is

ORDERED that the motion to appear pro hac vice (doc. # 9) be and is hereby GRANTED.  Attorneys Munger and Smith shall file a notice of appearance with this court.

Done this 5th day of June, 2006.


        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE