UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIG LOTS STORES, INC., )<br>)<br>Defendant. )<br>)<br>) | CIVIL ACTION NO.<br><br>2:06-CV-00380-MHT-CSC |

## NOTICE OF APPEARANCE

COME NOW Stephen X. Munger and Gregory L. Smith, Jr. of Jackson Lewis LLP and, pursuant to the Court's Order of June 5, 2006, enter this Notice of Appearance as attorneys of record for Defendant Big Lots Stores Inc. in this action, along with local counsel Joseph T. Carpenter.

Mr. Munger's contact information is as follows:

> Stephen X. Munger
> Georgia Bar No. 529611
> JACKSON LEWIS LLP
> 1900 Marquis One Tower
> 245 Peachtree Center Avenue, N.E.
> Atlanta, Georgia  30303-1226
> Telephone:   404-525-8200
> Facsimile:    404-525-1173
> Email:  mungers@jacksonlewis.com

Mr. Smith's contact information is as follows:

> Gregory L. Smith, Jr.
> Georgia Bar No. 658369
> JACKSON LEWIS LLP
> 1900 Marquis One Tower
> 245 Peachtree Center Avenue, N.E.
> Atlanta, Georgia  30303-1226
> Telephone:    404-525-8200
> Facsimile:    404-525-1173
> Email:  smithg@jacksonlewis.com

Respectfully submitted this 16th day of June, 2006.

> Stephen X. Munger
> Georgia Bar No. 529611
> Gregory L. Smith, Jr.
> Georgia Bar No. 658369
> JACKSON LEWIS LLP
> 1900 Marquis One Tower
> 245 Peachtree Center Ave.
> Atlanta, Georgia 30303-1226
> Telephone:  (404) 525-8200
> Facsimile:   (404) 525-1173
> smunger@jacksonlewis.com
> smithg@jacksonlewis.com

[Signatures continued on next page.]

LOCAL COUNSEL: /s/ Joseph T. Carpenter
Joseph T. Carpenter
Alabama Bar No. 5114C59J
CARPENTER, INGRAM & MOSHOLDER, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, Alabama  36106
Telephone:  334-213-5600
Facsimile:   334-213-5650
jcarpenter@carpenterfirm.com

ATTORNEYS FOR DEFENDANT
BIG LOTS STORES, INC.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. |
| BIG LOTS STORES, INC., | ) 2:06-CV-00380-MHT-CSC |
| Defendant. | ) ) ) ) |

### CERTIFICATE OF SERVICE

I, Joseph T. Carpenter, do hereby certify I have served Plaintiff with the foregoing **NOTICE OF APPEARANCE** by causing a copy to be sent via certified mail, return receipt requested, to:

Nicole Taylor Reed
1148 Barley Drive
Montgomery, Alabama 36111

This, the 16th day of June, 2006.

/s/ Joseph T. Carpenter
Joseph T. Carpenter
Alabama Bar No. 5114C59J

H:\Client Folders\B\Big Lots Stores, Inc\Reed, Nicole\Pleadings\GLS Notice of Appearance.doc