**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

June 19, 2006

# NOTICE OF CORRECTION

FROM:       Clerk's Office

Case Style:  Nicole Taylor Reed v. Bit Lots Stores, Inc.

Case No.:   2:06cv380-MHT
            Document 12   Order

This Notice of Correction was filed in the referenced case this date to attach the correct pdf to document 12..