| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Nicole Reed*  ☐ Agent  ☒ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>Nicole Reed  6/22/06 |
| 1. Article Addressed to:<br><br>Nicole Taylor Reed<br>1148 Barley Drive<br>Montgomery, AL 36111 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>#12 order<br>2:06cv380<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 1710 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540