IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:06cv380-MHT |
| | ) |
| BIG LOTS STORE, INC., | ) |
| | ) |
| Defendant. | ) |

**SCHEDULING ORDER**

For good cause, it is

ORDERED as follows:

1. All discovery as authorized by Rules 26-37, and 45, *Federal Rules of Civil Procedure,* shall be completed on or before October 23, 2006.  Notwithstanding any rule to the contrary, all requests for discovery and all responses to discovery requests, except copies of depositions, shall be filed with the court.

2. Any dispositive motions such as motions to dismiss or motions for summary judgment and any evidentiary materials in support of the motions shall be filed on or before November 22, 2006.

**NOTICE TO PLAINTIFF:**  The FEDERAL RULES OF CIVIL PROCEDURE require that the plaintiff mail to the lawyer for the defendants or, if no attorney has appeared on behalf of the defendants, the defendants themselves, a true copy of <u>anything</u> which the plaintiff sends to or files with the court.  Failure to do so may result in dismissal of this case or other

penalties. Anything filed should contain a certificate of service which specifically states that the pleading or other document has been sent to the lawyer for the defendants.

    Done this 24th day of July, 2006.

                                        /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE