UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED,<br><br>    Plaintiff,<br><br>v.<br><br>BIG LOTS STORES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>)<br>) 2:06-CV-00380-MHT-CSC<br>)<br>)<br>)<br>) |

**DEFENDANT BIG LOTS STORES, INC.'S
NOTICE OF FILING OF DISCOVERY REQUESTS**

Defendant Big Lots Stores, Inc. ("Big Lots"), by its undersigned counsel and pursuant to the Court's Scheduling Order of July 24, 2006, hereby files the following discovery requests served on Plaintiff Nicole Taylor Reed via certified mail, return receipt requested, on July 25, 2006:

    1.    Big Lots' First Set of Interrogatories; and

    2.    Big Lots' First Requests for Production of Documents.

Respectfully submitted this 25th day of July, 2006.

                                          s/ Gregory L. Smith, Jr.
                                          Stephen X. Munger
                                          Georgia Bar No. 529611
                                          Gregory L. Smith, Jr.
                                          Georgia Bar No. 658369
                                          JACKSON LEWIS LLP
                                          1900 Marquis One Tower
                                          245 Peachtree Center Avenue, N.E.
                                          Atlanta, Georgia  30303-1226
                                          Telephone:     404-525-8200
                                          Facsimile:     404-525-1173

LOCAL COUNSEL:                    Joseph T. Carpenter
                                          Alabama Bar No. 5114C59J
                                          CARPENTER, INGRAM & MOSHOLDER, LLP
                                          303 Sterling Centre
                                          4121 Carmichael Road
                                          Montgomery, Alabama  36106
                                          Telephone:     334-213-5600
                                          Facsimile:     334-213-5650

                                          ATTORNEYS FOR DEFENDANT
                                          BIG LOTS STORES, INC.

## **CERTIFICATE OF SERVICE**

I, Gregory L. Smith, Jr., do hereby certify I have served Plaintiff with the foregoing **NOTICE OF FILING OF DISCOVERY REQUESTS** by causing a copy to be sent via certified mail, return receipt requested, to:

Nicole Taylor Reed
1148 Barley Drive
Montgomery, Alabama  36111

This, the 25th day of July, 2006.

s/ Gregory L. Smith, Jr.
Gregory L. Smith, Jr.
Georgia Bar No. 658369