UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| BIG LOTS STORES, INC., | ) 2:06-CV-00380-MHT-CSC |
| | ) |
| Defendant. | ) |
| | ) |

### DEFENDANT BIG LOTS STORES, INC.'S MOTION TO COMPEL

For the reasons set forth in the accompanying memorandum, Defendant Big Lots Stores, Inc. ("Big Lots") hereby moves this Court to issue an order compelling Plaintiff Nicole Taylor Reed ("Plaintiff") to respond to Big Lots' First Set of Interrogatories and First Requests for Production. Big Lots also asks that Plaintiff be required to pay all expenses incurred by Big Lots in preparing and filing this Motion and supporting memorandum, including attorneys' fees.

Respectfully submitted this _____ day of October, 2006.

                                            Stephen X. Munger
                                            Georgia Bar No. 529611
                                            Gregory L. Smith, Jr.
                                            Georgia Bar No. 658369
                                            JACKSON LEWIS LLP
                                            1900 Marquis One Tower
                                            245 Peachtree Center Avenue, N.E.
                                            Atlanta, Georgia  30303-1226
                                            Telephone:	404-525-8200
                                            Facsimile:	404-525-1173

LOCAL COUNSEL:                  /s/   Joseph   T.   Carpenter

                                            Joseph T. Carpenter
                                            Alabama Bar No. 5114C59J
                                            CARPENTER, INGRAM & MOSHOLDER, LLP
                                            303 Sterling Centre
                                            4121 Carmichael Road
                                            Montgomery, Alabama  36106
                                            Telephone:	334-213-5600
                                            Facsimile:	334-213-5650

                                            ATTORNEYS FOR DEFENDANT
                                    BIG LOTS STORES, INC.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| BIG LOTS STORES, INC., | ) 2:06-CV-00380-MHT-CSC |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify I have served Plaintiff with the foregoing **DEFENDANT BIG LOTS STORES, INC.'S MOTION TO COMPEL** by causing a copy to be sent via certified mail, return receipt requested, to:

Nicole Taylor Reed
1148 Barley Drive
Montgomery, AL  36111

This ____ day of October, 2006.

/s/ Joseph T. Carpenter_____
Joseph T. Carpenter
Alabama Bar No. 5114C59J

Big Lots/Reed
Formal Papers
Z:\6769\EFILING\Reed\GLS Motion to Compel.doc