UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| BIG LOTS STORES, INC., | ) 2:06-CV-00380-MHT-CSC |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**DEFENDANT BIG LOTS STORES, INC.'S MEMORANDUM
IN SUPPORT OF MOTION TO COMPEL**

Defendant Big Lots Stores, Inc. ("Big Lots"), by undersigned counsel and pursuant to Fed. R. Civ. P. 37, files this Memorandum in Support of its Motion to Compel (the "Motion"). Through its Motion, Big Lots asks the Court to issue an order compelling Plaintiff's responses to Big Lots' initial written discovery. Big Lots also seeks an award of costs and fees incurred in preparing and filing its Motion and supporting memorandum.

**I. RELEVANT FACTS**

1.

On July 25, 2006, counsel for Big Lots served Plaintiff with Big Lots' First Set of Interrogatories and First Requests for Production at her home address via certified mail. See Def.'s First Set of Interrogatories and First Requests for Production, Certificates of Service, dated July 25, 2006, attached as Ex. A; Smith Letter dated July 25, 2006, attached as Ex. B.

2.

On July 27, 2006, Ronald Adams signed for receipt of Big Lots' First Set of Interrogatories and First Requests for Production on Plaintiff's behalf. See Return Receipt dated July 27, 2006, attached as Ex. C.

3.

1

On September 7, 2006, counsel for Big Lots sent Plaintiff a letter via certified mail and Federal Express overnight delivery advising her that her discovery responses were untimely and that Big Lots would file a motion to compel or motion to dismiss with the Court if counsel for Big Lots did not receive her responses or otherwise hear from her by September 15, 2006. See Smith Letter dated September 7, 2006, attached as Ex. D.  Both copies were delivered to Plaintiff's address.  See Return Receipt dated September 11, 2006, attached as Ex. E; Federal Express Tracking Statement dated September 8, 2006, attached as Ex. F.

4.

To date, Plaintiff has not served Big Lots with her responses to Big Lots' First Set of Interrogatories and First Requests for Production.  Plaintiff also has not contacted counsel for Big Lots concerning her delinquent responses or otherwise responded to defense counsel's letter of September 7, 2006.

5.

Pursuant to the Court's Scheduling Order of July 24, 2006, discovery in this matter must be completed on or before October 23, 2006.  [Doc. 16.]

## II. DISCUSSION

Counsel for Big Lots served Plaintiff with Big Lots' First Set of Interrogatories and First Requests for Production via certified mail on July 25, 2006.  See Exs. A, B, and C.  On September 7, 2006, counsel for Big Lots sent Plaintiff a good faith letter via certified mail and Federal Express overnight delivery advising Plaintiff that her discovery responses were untimely and that Big Lots would file a motion to compel or motion to dismiss with the Court if counsel for Big Lots did not receive her responses or otherwise hear from her by September 15, 2006. See Ex. D.  Both copies were delivered to Plaintiff's address.  See Exs. E and F.

Plaintiff's responses to Big Lots' First Set of Interrogatories and First Requests for Production were due within thirty days after service, on or before August 28, 2006.  See FED. R. CIV. P. 33, 34.  To date, Plaintiff has wholly failed to respond to Big Lots' written discovery.

Big Lots has been severely prejudiced by Plaintiff's refusal to provide timely discovery responses.  Such refusal has precluded Big Lots from properly and fairly preparing its defense.[1]

---

[1] Big Lots also notes that plaintiff has not returned authorizations for the release of her medical and psychiatric records, which were requested by defense counsel in a letter dated July 25,

2

Without Plaintiff's discovery responses, Big Lots has been unable to obtain her medical and employment records or take the depositions of Plaintiff and any other key witnesses.[2]  The discovery deadline of October 23, 2006 is quickly approaching.  Accordingly, pursuant to FED. R. CIV. P. 37(a)(2)(B), Big Lots seeks an Order compelling Plaintiff's delinquent responses to Big Lots' discovery.  Further, in accordance with FED. R. CIV. P. 37(a)(4), Big Lots requests its expenses incurred in preparing and filing its Motion and supporting memorandum, including attorneys' fees.

### III. CONCLUSION

For the foregoing reasons, Big Lots asks the Court to issue an order compelling Plaintiff's responses to Big Lots' First Set of Interrogatories and First Requests for Production.  Further, Big Lots respectfully requests that Plaintiff be required to pay all expenses incurred by Big Lots in preparing and filing its Motion and supporting memorandum, including attorneys' fees.

Respectfully submitted, this 11th day of October, 2006.

                                            Stephen X. Munger
                                            Georgia Bar No. 529611
                                            Gregory L. Smith, Jr.
                                            Georgia Bar No. 658369
                                            JACKSON LEWIS LLP
                                            1900 Marquis One Tower
                                            245 Peachtree Center Avenue, N.E.
                                            Atlanta, Georgia  30303-1226
                                            Telephone:     404-525-8200

---

2006, see Ex. G, and she has not served her Initial Disclosures, as required by FED. R. CIV. P. 26.

[2]  Additionally, Plaintiff has not cooperated in efforts to schedule her deposition. Counsel for Big Lots requested Plaintiff's available dates for her deposition in their letter of July 25, 2006.  See Ex. B.  When Plaintiff failed to respond by August 14, Big Lots' counsel noticed Plaintiff's deposition for September 27, 2006.  On or about September 12, 2006, Plaintiff called the office of Big Lots' local counsel, Carpenter, Ingram & Mosholder, LLP, and "cancelled" her deposition scheduled for September 27.

|  |  |
|---|---|
|  | Facsimile:   404-525-1173 |
| LOCAL COUNSEL: | /s/   Joseph   T.   Carpenter |

Joseph T. Carpenter
Alabama Bar No. 5114C59J
CARPENTER, INGRAM & MOSHOLDER, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, Alabama  36106
Telephone:   334-213-5600
Facsimile:   334-213-5650

ATTORNEYS FOR DEFENDANT
BIG LOTS STORES, INC.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED,<br><br>Plaintiff,<br><br>v.<br><br>BIG LOTS STORES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>)<br>) 2:06-CV-00380-MHT-CSC<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify I have served Plaintiff with the foregoing **DEFENDANT BIG LOTS STORES, INC.'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL** by causing a copy to be sent via certified mail, return receipt requested, to:

> Nicole Taylor Reed
> 1148 Barley Drive
> Montgomery, AL  36111

This 11th day of October, 2006.

> /s/ Joseph T. Carpenter
> Joseph T. Carpenter
> Alabama Bar No. 5114C59J

Big Lots/Reed
Formal Papers
Z:\6769\EFILING\Reed\GLS Memorandum in Support of Motion to Compel.doc