UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. ) |
| BIG LOTS STORES, INC., | ) 2:06-CV-00380-MHT-CSC |
| Defendant. | ) ) ) |

**DEFENDANT BIG LOTS STORES, INC.'S SECOND MOTION TO COMPEL**

For the reasons set forth in the accompanying memorandum, Defendant Big Lots Stores, Inc. ("Big Lots") hereby moves this Court to issue an order compelling Plaintiff Nicole Taylor Reed ("Plaintiff") to respond to Big Lots' First Set of Interrogatories and First Requests for Production. Big Lots also asks that Plaintiff be required to pay all expenses incurred by Big Lots in preparing and filing this Motion and supporting memorandum, including attorneys' fees.

Respectfully submitted this 16th day of November, 2006.

    Stephen X. Munger
    Georgia Bar No. 529611
    Gregory L. Smith, Jr.
    Georgia Bar No. 658369
    JACKSON LEWIS LLP
    1900 Marquis One Tower
    245 Peachtree Center Avenue, N.E.
    Atlanta, Georgia  30303-1226
    Telephone:     404-525-8200
    Facsimile:     404-525-1173

    LOCAL COUNSEL:
    /s/ Joseph T. Carpenter
    Joseph T. Carpenter
    Alabama Bar No. 5114C59J
    CARPENTER, INGRAM & MOSHOLDER, LLP
    303 Sterling Centre
    4121 Carmichael Road
    Montgomery, Alabama  36106
    Telephone:     334-213-5600
    Facsimile:     334-213-5650

    ATTORNEYS FOR DEFENDANT
    BIG LOTS STORES, INC.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) |
| BIG LOTS STORES, INC., | ) 2:06-CV-00380-MHT-CSC |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify I have served Plaintiff with the foregoing **DEFENDANT BIG LOTS STORES, INC.'S SECOND MOTION TO COMPEL** by causing a copy to be sent via certified mail, return receipt requested, to:

Nicole Taylor Reed
1148 Barley Drive
Montgomery, AL  36111

This 16th day of November, 2006.

/s/ Joseph T. Carpenter
Joseph T. Carpenter
Alabama Bar No. 5114C59J

Big Lots/Reed
Formal Papers
Z:\6770\GLS Second Motion to Compel.doc