# EXHIBIT B



| | Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | RALEIGH-DURHAM, NC |
|---|---|---|---|---|
| | 1900 Marquis One Tower | BOSTON, MA | MIAMI, FL | SACRAMENTO, CA |
| | 245 Peachtree Center Avenue, NE | CHICAGO, IL | MINNEAPOLIS, MN | SAN FRANCISCO, CA |
| Attorneys at Law | Atlanta, Georgia 30303-1226 | DALLAS, TX | MORRISTOWN, NJ | SEATTLE, WA |
| | Tel 404 525-8200 | GREENVILLE, SC | NEW YORK, NY | STAMFORD, CT |
| | Fax 404 525-1173 | HARTFORD, CT | ORLANDO, FL | WASHINGTON, DC REGION |
| | www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | WHITE PLAINS, NY |

Gregory L. Smith, Jr.
Direct Dial: 404-586-1816
Email Address: smithg@jacksonlewis.com

July 25, 2006

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. Nicole Taylor Reed
1148 Barley Drive
Montgomery, Alabama 36111

          Re:    Nicole Taylor Reed v. Big Lots Stores, Inc.;
                    Civil Action No. 2:06-CV-00380-MHT

Dear Ms. Reed:

      We have enclosed Defendant Big Lots Stores, Inc.'s First Set of Interrogatories and First Requests for Production of Documents. Please provide timely responses in compliance with Rules 33 and 34 of the Federal Rules of Civil Procedure.

      Also, please contact me at the number above at your earliest convenience so that we can schedule your deposition. When you call, please provide your available dates in August and September, 2006.

                                  Very truly yours,

                                  JACKSON LEWIS LLP

                                  Gregory L. Smith, Jr.

GLSjr./jb
Enclosures