# EXHIBIT C

GREGORY L. SMITH, JR.
1900 MARQUIS ONE TOWER
245 PEACHTREE CENTER AVENUE, N.E.
ATLANTA, GA 30303

4. Restricted Delivery? (Extra Fee) ☐ Yes
3. Service Type: CERTIFIED

2. Article Number
7111 1206 6450 0200 0127

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X  *Ronald Adams*

B. Received By: (Please Print Clearly)
Ronald Adams

7111 1206 6450 0200 0127

C. Date of Delivery
7-27-06

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City        State        ZIP + 4 Code

1. Article Addressed To:

MS. NICOLE TAYLOR REED
1148 BARLEY DRIVE
MONTGOMERY, ALABAMA 36111