# EXHIBIT D



| | Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | RALEIGH-DURHAM NC |
|---|---|---|---|---|
| | 1900 Marquis One Tower | BOSTON, MA | MIAMI, FL | SACRAMENTO, CA |
| | 245 Peachtree Center Avenue, NE | CHICAGO, IL | MINNEAPOLIS, MN | SAN FRANCISCO, CA |
| Attorneys at Law | Atlanta, Georgia 30303-1226 | DALLAS, TX | MORRISTOWN, NJ | SEATTLE, WA |
| | Tel 404 525-8200 | GREENVILLE, SC | NEW YORK, NY | STAMFORD, CT |
| | Fax 404 525-1173 | HARTFORD, CT | ORLANDO, FL | WASHINGTON, DC REGION |
| | www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | WHITE PLAINS, NY |

Gregory L. Smith, Jr.
Direct Dial: 404-586-1816
Email Address: smithg@jacksonlewis.com

September 7, 2006

**VIA CERTIFIED MAIL AND
OVERNIGHT DELIVERY**

Ms. Nicole Taylor Reed
1148 Barley Drive
Montgomery, Alabama 36111

                  Re:    Nicole Taylor Reed v. Big Lots Stores, Inc.;
                         Civil Action No. 2:06-CV-00380-MHT

Dear Ms. Reed:

    On July 25, 2006, we served you with Big Lots Stores, Inc.'s First Set of Interrogatories and Requests for Production. To date, we have not received your responses, which were due within thirty (30) days of service. See Fed. R. Civ. P. 33, 34.

    Please be advised that, if we do not receive your responses or otherwise hear from you by **Friday, September 15, 2006**, we will file a Motion to Compel and/or Motion to Dismiss with the Court.

                        Very truly yours,

                        JACKSON LEWIS LLP

                        Gregory L. Smith, Jr.

GLSjr/ag
cc: Stephen X. Munger (via e-mail)