# EXHIBIT F

**FedEx**

US Home

Español

Information Center | Customer Support | Site Map

Search

Package/Envelope Services | Office / Print Services | Freight Services | Expedited Services

Ship | Track | Manage My Account | International Tools

## Track Shipments
### Detailed Results

🖨 Printable Version   ❓ Quick Help

| | | | | |
|---|---|---|---|---|
| Tracking number | 849315148480 | Reference | 102282 | **Wrong Address?** Reduce future mistakes by using FedEx Address Checker. |
| Signed for by | Signature release on file | Delivered to | Residence | |
| Ship date | Sep 7, 2006 | Service type | Standard Envelope | |
| Delivery date | Sep 8, 2006 12:32 PM | | | Tracking a FedEx SmartPost Shipment? Go to shipper login |
| Status | Delivered | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Sep 8, 2006 | 12:32 PM | Delivered | | Left at front door. Package delivered to recipient address - release authorized |
| | 8:05 AM | On FedEx vehicle for delivery | MONTGOMERY, AL | |
| | 7:21 AM | At local FedEx facility | MONTGOMERY, AL | |
| | 4:59 AM | At dest sort facility | BIRMINGHAM, AL | |
| | 4:11 AM | Departed FedEx location | MEMPHIS, TN | |
| Sep 7, 2006 | 11:01 PM | Arrived at FedEx location | MEMPHIS, TN | |
| | 8:31 PM | Left origin | ATLANTA, GA | |
| | 5:26 PM | Picked up | ATLANTA, GA | |

Take 15% off list rates on eligible FedEx Express® online shipments

---

**FedEx US Airbill** Express   FedEx Tracking Number: 8493 1514 8480

Sender's Copy

**1 From** Date 09/07/06   Sender's FedEx Account Number 0300-5597-7
Sender Name: Gregory L. Smith, Esq.
Company: JACKSON LEWIS LLP
Address: 245 PEACHTREE CTR AVE NE #1900
City: ATLANTA   State: GA   ZIP: 30303-1226

**2 Your Internal Billing Reference** 102282

**3 To** Recipient's Name: Nicole T. Reed
Recipient's Address: 1148 Barley Drive

**4a Express Package Service**
☐ FedEx Priority Overnight
☒ FedEx Standard Overnight
☐ FedEx First Overnight

☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☒ FedEx Envelope
☐ FedEx Pak
☐ FedEx Box
☐ FedEx Tube
☐ Other

**6 Special Handling**
☐ SATURDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☒ No   ☐ Yes   ☐ Yes Shipper's Declaration not required   ☐ Dry Ice   ☐ Cargo Aircraft Only

**Payment   Bill to:**
☒ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check