# EXHIBIT G



| | Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | RALEIGH-DURHAM, NC |
|---|---|---|---|---|
| | 1900 Marquis One Tower | BOSTON, MA | MIAMI, FL | SACRAMENTO, CA |
| | 245 Peachtree Center Avenue, NE | CHICAGO, IL | MINNEAPOLIS, MN | SAN FRANCISCO, CA |
| Attorneys at Law | Atlanta, Georgia 30303-1226 | DALLAS, TX | MORRISTOWN, NJ | SEATTLE, WA |
| | Tel 404 525-8200 | GREENVILLE, SC | NEW YORK, NY | STAMFORD, CT |
| | Fax 404 525-1173 | HARTFORD, CT | ORLANDO, FL | WASHINGTON, DC REGION |
| | www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | WHITE PLAINS, NY |

Gregory L. Smith, Jr.
Direct Dial: (404) 586-1816
Email Address: smithg@jacksonlewis.com

July 25, 2006

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. Nicole Taylor Reed
1148 Barley Drive
Montgomery, Alabama 36111

                Re:    Nicole Taylor Reed v. Big Lots Stores, Inc.;
                      Civil Action No. 2:06-CV-00380-MHT

Dear Ms. Reed:

    As your medical and psychiatric conditions are at issue in this action, we have enclosed authorizations for the release of your medical and psychiatric information. Please return the signed and notarized authorizations to my attention by **August 15, 2006**.

    If you have any questions, please give me a call.

                                Very truly yours,

                                JACKSON LEWIS LLP

                                Gregory L. Smith, Jr.

GLSjr/srt
Enclosures