# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 12/7/06 | AT | 10:00 a.m. to 10:08 a.m. |
| DATE COMPLETED: 12/7/06 | | FTR Recorded |

NICOLE T. REED

    Plaintiff

vs..

BIG LOTS STORES, INC.

    Defendant

CASE NO. 2:06CV380-MHT-CSC

AUTHERINE CROSKEY

    Plaintiff

vs..

BIG LOTS STORES, INC.

    Defendant

CASE NO. 2:06CV485-MHT-CSC

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Ms. Nicole Reed, Pro Se | | Atty. Gregory L. Smith, Jr. |
| Ms. Autherine Croskey, Pro Se | | |

COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON          LAW CLERK: WYNN D ALLEN

( X ) OTHER PROCEEDINGS:     *ORAL RE: MOTION TO COMPEL*

# SEE MINUTES ATTACHED

| \ | LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | |
|---|---|---|
| Description | 06cv380-MHT-CSC and 06cv485-MHT-CSC - Oral argument re: motion to compel | |
| Date | 12/ 7 /2006 | Location: Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 10:00:17 AM | Court | Court convenes; parties in both cases are present; Discussions with Plntf Reed regarding discovery responses; |
| 10:00:45 AM | Ms. Reed | Response to not having respond to discovery request - in the process of finding a lawyer, didn't know how to respond; not sure how to answer the questions; |
| 10:00:53 AM | Court | Any success in finding a lawyer? |
| 10:00:53 AM | Ms. Reed | Response - No; |
| 10:01:12 AM | Court | Advised plntf Reed of her responsibililty to respond to the discovery request; Discussion as to questions asked in the discovery request that could asked during depositions; |
| 10:02:33 AM | Atty. Smith | Response; |
| 10:02:43 AM | Court | They both worked for the store and got applications; Depositions might seem a more efficient way in getting the information you want; |
| 10:03:05 AM | Atty. Smith | Reponse; |
| 10:03:27 AM | Court | Response; Will extend the time for discovery to the end of January; Advised plaintiffs of responsibility to respond to discovery; |
| 10:06:02 AM | Atty. Smith | Adresses the court regarding concerns with the scheduling of depositions; |
| 10:06:05 AM | Court | Discussion with plaintiffs regarding taking depositions; Parties advised to get togethe to decide on a date for depositions; Reed advised to let counsel know how to contact her; Plaintiffs informed that they can take depositions too; |
| 10:08:14 AM | Atty. Court | Court will deny the motions to compel as moot with leave to refile; Court is recessed. |