IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CIVIL ACTION NO. 2:06cv380-MHT ) |
| BIG LOTS STORE, INC., | ) ) |
|     Defendant. | ) |

**ORDER**

Now pending before the court is the November 16, 2006, motion to compel (doc. # 21) filed by the defendant. Oral argument was held on December 7, 2006. Upon consideration of the motion and for the following reasons, it is

ORDERED as follows:

(1)    That the motion to compel be and is hereby DENIED as moot. The defendant is granted leave to re-file the motion upon a showing of good cause.

(2)    That the deadline for completion of discovery is extended from October 23, 2006 to January 31, 2007.

(3)    That the time for filing dispositive motions is extended from November 22, 2006 to February 28, 2007.

Done this 7th day of December, 2006.

                                                /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE