UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NICOLE TAYLOR REED, Plaintiff

v.

BIG LOTS STORES, INC., Defendant

2:06-CV-380-MHT

These papers was done by Me.

*Nicole Reed*

Signed in my presence on December 21, 2006.

MY COMMISSION EXPIRES JULY 22, 2008

INTERROGATORIES

RESPONSE NO. 1:
1996-2001   BARLEY DRIVE MONTGOMERY ALABAMA
2002        MCGEE PARK APTS MONTGOMERY ALABAMA
2003        BELLWOOD APTS MONTGOMERY ALABAMA
2004        BARLEY DRIVE MONTGOMERY ALABAMA
2005        MCGEE PLACE APT MONTGOMERY ALABAMA
2006        BARLEY DRIVE MONTGOMERY ALABAMA

RESPONSE NO. 2:
1996-2000   SIDNEY LANIER HIGHSCHOOL(ADVANCE DIPLOMA)
2000-2002   TROY STATE MONTGOMERY(ASSOCIATES DEGREE)
2002-2004   TROY STATE MONTGOMERY(B.S. IN HUMAN RESOURCE MGT.)
2007-PRES   TROY STATE MONTGOMERY(WORKING ON MASTERS)

RESPONSE NO. 3:
     BIG LOTS SHOULD HAVE MY EMPLOYMENT HISTORY IN THEIR FILES. I HAVE FILLED OUT A JOB APPLICATION WHICH HAS ALL THE INFORMATION ABOUT MY JOB HISTORY ON IT.

RESPONSE NO. 4:
2006JUNE    COMPASS BANK, VICKIE LOWE

RESPONSE NO. 5:
AFTER MY SERVICE FOR BIGLOTS ENDED I, TRIEDTO OBTAIN EMPLOYMENT AT SEVERAL OTHER BANKS, WHILE I WAS DRAWING UNEMPLOYMENT.

RESPONSE NO. 6:
I COULD NOT AFFORD A PHYSICIAN OR PSYCHOLOGIST AS FAR AS SOME TYPE OF COUNSELING, I TALKED TO MY BROTHER-N-LAW WHO HAS A DEGREE IN PSYCHOLOGY, MAYBE ITS NOT A DOCTOR BUT IT WAS WHAT I HAD. I HAD CONVERSATION SEVERAL TIMES WITH MY HUSBAND ABOUT THE PROBLEMS AND HE HELP TO KEEP MY MIND SET IN THE RIGHT PLACE, AND TO HANDLE THE PROBLEM IN A PROFESSIONAL MANNER.

RESPONSE NO.7:
N/A

RESPONSE NO. 8:
N/A

RESPONSE NO.9:
N/A

RESPONSE NO.10:
EEOC CHARGES WITH BIGLOTS (PRESENT CASE)
EXHIBIT A attached

RESPONSE NO. 11
    AUTHERINE CROSKEY, BARBARA A. MARTIN, LOLA M. ABNER AND GARRY E. ATCHISON(MY FORMER ATTORNEY)

RESPONSE NO. 12:
8/4/2003 12:00PM
"ALL YOU NEED IS A BAG OF GRITS"SAID BILLY, JUST BECAUSE I HAD A BLACK HEAD SCARF ON MY HEAD TIED UP.
I NICOLE TAYLOR REED TALKED TO LARRY BARN AT 10:00AM ON 8/5/2003.

RESPONSE NO. 13:

2005FEB.    MR. CULPEPPER THE MANGER STOPPED ME WHEN I WAS COMING TO MY REGISTER TO WORK AND TOLD ME INFRONT OF MS. BARBARA ABOUT THIS MOVIE THAT REMINDED HIM OF WHAT HAPPENED TO MS. HE STATED THAT THEIR WAS A OLD WESTERN MOVIE THAT HAD THE BLACK GUY IN IT AND THE BLACK GUY WAS USING THE BATHROOM BEHIND THE TREE AND THEIR WAS A WHITE GUY THAT WAS LOOKING FOR THIS BLACK GUY AND THE BLACK GUY YELLED I'M JUST SHAKING MY BUSH. MR. CULPEEPER LAUGHED AND TOLD ME I WAS TO YOUNG TO REMEMBER THAT MOVIE.

2005MAR    JERRY STATED "THESE CUSTOMERS GET ON HIS FUCKING NERVES" SEVERAL TIMES BEHIND THE SERVICE DESK.

2005MAR    JERRY STATED TO A BLACK MENTALLY CHALLENGED GUY NAMED BOBBY "BOY! YOU HAVEN'T GOT ENOUGH OF RIDDING THAT BIKE YET"

2005/18/JUL    A FELLOW ASSOCIATE MS, LISA. CAME INTO THE STORE TO GET SOME BOXES. BILLY PRIDGEN(ASSOCIATE MANGER) STATED "NICOLE TELL LISA TO TELL YOU ABOUT THE COCONUT BRAS." I ASKED HIM, WHAT? HE STATED "YOU AND LISA ARE THE ONLY ONES WHO CAN WEAR THOSE" BECAUSE OF OUR SMALL BREAST SIZE.
HE DEMONSTRATED WITH HIS HANDS ON HE CHEST, AS IF HE WAS WEARING A BRA AND LAUGHED. MS. LISA WALKED OFF AND I JUST LOOKED WITH AMAZEMENT. I COULD NOT BELIEVE HE SAID THAT TO ME.

RESPONSE NO. 14:
    MS. AUTHERINE CROSKEY AND BARBARA A. MARTIN

RESPONSE NO. 15:
    N/A

RESPONSE NO. 16:
    EXHIBIT B

RESPONSE NO. 17:
    N/A

RESPONSE NO. 18:
    N/A

RESPONSE NO. 19:

I DIDN'T REALIZE THAT THIS WAS THE TYPE OF WORK ENVIRONMENT THAT BIGLOTS HAD FOR BLACK WOMEN. WHEN I LOOK AT THE WAY THAT WE WERE SHAMED AND BELITTLED TO THE PUBLIC , IT ANGERS ME I ADMIT, TO KNOW THAT EVERYONE WHO USED THE RESTROOMS AT BIGLOTS WOULD SEE 5 BLACK WOMEN AT THEIR JOBS DISGRACED IN SUCH A MANNER AS THESE PICTURES DID IMPLY. THE COMMENTS BY THE ,MANGERS ,LEADERS THAT BIGLOTS EMPLOYED ARE SUPPOSE TO SET THE EXAMPLE FOR THE REST OF THE EMPLOYEES LOOKING UP TO THEM, NOW YOU MAY HAVE THE SAME SHAMELESS ACTION TAKE PLACE WHEN THEY BECOME LEADERS AT WHATEVER PROFESSION THEY SHOULD CHOOSE. THIS ENTIRE ORDEAL HAS TAKEN A TOLL ON ME, AT THE SAME TIME I WAS DEALING WITH MY HUSBAND WHO IS A STAFF SERGEANT IN THE ARMY OVER SEAS FIGHTING FOR THE VERY FREEDOM BIGLOTS TOOK FOR GRANTED AND ABUSED, JUST THINK HOW HE FEELS ABOUT WHAT HAS HAPPENED TO HIS WIFE. THE PICTURES WERE VERY DISHEARTENING AND WILL REMAIN WITH ME FOR THE REST OF MY LIFE. I THINK BIGLOTS SHOULD LOOSE A PIECE OF THEIR LIFE AS I DID, AND I WOULD ASK THIS COURT TO DECIDE WHAT DOLLAR AMOUNT FITS THEIR ACTIONS.

## Certificate of Service

I hereby certify that on this 21st day of Dec., 2006 a copy of this Interrogatories responses, was mailed, postage prepaid to the ~~Court~~ NR Big lot, Inc.

Nicole Reed
Nicole Reed
1148 Barley Dr
Montgomery AL 36111
(334) 328-0445