# EXHIBIT A

Case 2:06-cv-00380-MHT-CSC    Document 26-2    Filed 12/21/2006    Page 1 of 4

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: [ ] FEPA  [X] EEOC

CHARGE NUMBER: _____ and EEOC

State or local Agency, if any

**NAME** (Indicate Mr., Ms., Mrs.): Ms. Nicole Taylor Reed
**HOME TELEPHONE** (include area code): (334)281-3924  cell: 328-0445
**STREET ADDRESS**: 1148 Barley Dr.
**CITY, STATE AND ZIP CODE**: Montgomery, AL 36111
**DATE OF BIRTH**: 11-7-81

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Big Lots Stores, Inc.
**NUMBER OF EMPLOYEES, MEMBERS**: Over 500
**TELEPHONE** (include Area Code): (614)278-6800
**STREET ADDRESS**: 300 Phillipi Road
**CITY, STATE AND ZIP CODE**: Columbus, Ohio 43228
**COUNTY**: Franklin

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
[X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] AGE
[ ] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST — LATEST: March 28-30, 2005
[X] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

See attached exhibits A and B.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9-16-2005
Charging Party (Signature): Nicole S Reed

NOTARY — (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT: Nicole S Reed

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS DATE (DAY, MONTH, AND YEAR): Martha Overly Warren

State of Ala. at Large
my commission expires 12-10-05

.O 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| Plaintiff | APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT |
| V. | |
| | CASE NUMBER: |
| Defendant | |

I, Nicole Taylor Reed _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant      ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☑ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. January 10, 2006
   Big lots                                                Salary $60.00 a week
   2855 E S Blvd
   Mont. AL 36116

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☑ Yes    ☐ No
   b. Rent payments, interest or dividends             ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☑ No
   d. Disability or workers compensation payments      ☐ Yes    ☑ No
   e. Gifts or inheritances                            ☐ Yes    ☑ No
   f. Any other sources                                ☑ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

J 240 Reverse (Rev. 10/03)

Self-employment: Vending, Pre-paid legal service
 $20 a week    $300 a month

Husband: Help
 $150 a month

4. Do you have **any** cash or checking or savings accounts?  ☒ Yes   ☐ No

   If "Yes," state the total amount. _$23.00_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

   Car: Volkswagen Beetle
        Value $10,000

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_4/26/06_                            _Nicole Sylar Reed_
Date                                  Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.