# EXHIBIT B














3/30/05