IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:06cv380-MHT |
| ) | |
| BIG LOTS STORE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the court is the February 13, 2007, motion for an extension (doc. # 27) filed by the defendant. Upon consideration of the motion, it is

ORDERED that the defendant be and is hereby GRANTED an extension from February 28, 2007, to March 16, 2007, to file a motion for summary judgment.

Done this 15th day of February, 2007.


      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE