UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| BIG LOTS STORES, INC., | ) |
| | ) 2:06-CV-00380-MHT |
| Defendant. | ) |
| | ) |
| | ) |

**DEFENDANT BIG LOTS STORES, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Defendant Big Lots Stores, Inc. ("Big Lots"), by and through its undersigned counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby files and serves its Motion for Summary Judgment. Big Lots respectfully maintains there is no genuine issue as to any material fact and, through this Motion, seeks to dismiss all claims asserted against it by Plaintiff.

In support of its Motion, Big Lots relies upon its Memorandum of Law in Support of Motion for Summary Judgment and Statement of Undisputed Material Facts, filed contemporaneously with this Motion. Big Lots moves this Court to grant its Motion for Summary Judgment and dismiss all claims in this action with prejudice.

Respectfully submitted this 16th day of March, 2007.

        Stephen X. Munger
        Georgia Bar No. 529611
        Gregory L. Smith, Jr.
        Georgia Bar No. 658369
        JACKSON LEWIS LLP
        1900 Marquis One Tower
        245 Peachtree Center Avenue, N.E.
        Atlanta, Georgia 30303-1226
        Telephone:    404-525-8200
        Facsimile:    404-525-1173

LOCAL COUNSEL:        /s/ Joseph T. Carpenter
        Joseph T. Carpenter

        Alabama Bar No. 5114C59J
        CARPENTER, INGRAM & MOSHOLDER, LLP
        303 Sterling Centre
        4121 Carmichael Road
        Montgomery, Alabama 36106
        Telephone:    334-213-5600
        Facsimile:    334-213-5650

        ATTORNEYS FOR DEFENDANT
        BIG LOTS STORES, INC.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED,           )<br>                               )<br>     Plaintiff,               )<br>                               )<br> v.                            )<br>                               )    CIVIL ACTION NO.<br> BIG LOTS STORES, INC.,        )<br>                               )    2:06-CV-380-MHT<br>     Defendant.               )<br>                               )<br>                               ) | |

## CERTIFICATE OF SERVICE

I hereby certify I have served Plaintiff with the foregoing **DEFENDANT BIG LOTS STORES, INC.'S MOTION FOR SUMMARY JUDGMENT** by causing a copy to be sent via certified mail, return receipt requested, to:

> Nicole Taylor Reed
> 1148 Barley Drive
> Montgomery, AL  36111

This 16th day of March, 2007.

/s/ Joseph T. Carpenter
Joseph T. Carpenter
Alabama Bar No. 5114C59J

1