# EXHIBIT C

Case 2:05-cv-01137-ID-CSC Document 32-2 Filed 03/16/2007 Page 2 of 8

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [ ] FEPA  [X] EEOC | 130 2005 05212 |

_____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include area code) |
|---|---|
| Ms. Nicole Taylor Reed | (334)281-3924  cell:328-0445 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1148 Barley Dr. | Montgomery, AL 36111 | 11-7-81 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Big Lots Stores, Inc. | Over 500 | (614)278-6800 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 300 Phillipi Road | Columbus, Ohio 43228 | Franklin |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[X] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] AGE
[ ] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST       LATEST
March 28-30, 2005
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See attached exhibits A and B.

**DEFENDANT'S EXHIBIT 18**

RECEIVED
EEOC

JUN 2 2 2005

BIRMINGHAM DISTRICT OFFICE

MY COMMISSION EXPIRES JUNE 18, 2007

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary for State and Local Requirements) /s/ Claudia J Mitchell  I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. /s/ Nicole S Reed  Date 6-16-05  Charging Party (Signature) | SIGNATURE OF COMPLAINANT /s/ Nicole S Reed  SUBSCRIBED AND SWORN TO BEFORE ME ON THIS DATE (DAY, MONTH, AND YEAR) June 16, 2005 |

EEOC FORM 5 (Test 10/94)

**Before the Equal Employment Opportunity Commission**
**Birmingham District Office**
**Birmingham, Alabama**

| | |
|---|---|
| Nicole Taylor Reed, | ) |
| | ) |
| Charging Party, | ) |
| | ) Charge # |
| v. | ) |
| | ) |
| Big Lots Stores, Inc., | ) |
| | ) |
| Respondent. | ) |

RECEIVED EEOC JUN 2 3 2005 BIRMINGHAM DISTRICT OFFICE

**Exhibit A**

That Charging Party, Nicole Taylor Reed, is a Black or African American female, over the age of nineteen, that was and is an employee of Big Lots Stores, Inc., Store 818 of Montgomery, Alabama during March 2005. (See associated cases of Autherine Croskey, Barbara Martin and Lola Mae Abner).

That said Charging Party was supervised on March 28-30, 2005 by Michael Williams, a White or Caucasian male associate store manager and Jerry Culpepper, a White or Caucasian male, store manager. On said dates the Charging Party was subjected to race and sex discrimination and or a racially and sexually hostile environment at Big Lots, Store 818 in Montgomery, Alabama by acts of Michael Williams et al. in which he subjected said African American female employee to sexual and racial discrimination, and sexual and racial harassment by his ridicule, etc. of the Charging Party by using photographs, cartoon type pictures and captions that were defaming, intrusive and invasive of privacy and were racially and sexually harassing, etc. as per Exhibit B, attached, etc.

That management at Big Lots, Inc., Store 818, furthermore during the last 180 days has made many comments and statements of a racially and sexually harassing nature toward, about,

and to the Charging Party which has made it very difficult for her to accomplish her job assignments.

That said race and sex discrimination and or said racially and or sexually hostile environment has substantially damaged the Charging Party by her having to experience mental anguish, damage to her reputation, lost wages, attorneys fees and costs, etc.

RECEIVED
EEOC
JUN 2 3 2005
BIRMINGHAM DISTRICT OFFICE

2

Exhibit B

RECEIVED
EEOC
JUN 23 2005
BIRMINGHAM DISTRICT OFFICE



3/29/05

RECEIVED
EEOC

JUN 8 2005

BIRMINGHAM DISTRICT OFFICE












BIRMINGHAM DISTRICT OFFICE




3/30/05



Lola Abner
CSS
888429
Store 818

Ms. Martin
Cashier
021709
Store 818

Nicole Taylor
Cashier
194649
Store 818



RECEIVED
EEOC
JUN 2 3 2005
BIRMINGHAM DISTRICT OFFICE

Mrs. Crosky
Stocker
948132
Store 818