UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 MAR 22 P 3: 37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| NICOLE TAYLOR REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| BIG LOTS STORES, INC., | ) | 2:06-CV-00380-MHT |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DEFENDANT BIG LOTS STORES, INC.'S
## CORRECTED MOTION FOR SUMMARY JUDGMENT

Defendant Big Lots Stores, Inc. ("Big Lots"), by and through its undersigned counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby files and serves its Corrected Motion for Summary Judgment. Big Lots respectfully maintains there is no genuine issue as to any material fact and, through this Motion, seeks to dismiss all claims asserted against it by Plaintiff.

In support of this Motion, Big Lots relies upon its Corrected Memorandum of Law in Support of Motion for Summary Judgment and Corrected Statement of Undisputed Material Facts, filed contemporaneously with this Motion. Big Lots moves this Court to grant its Corrected Motion for Summary Judgment and dismiss all claims in this action with prejudice.

Respectfully submitted this 21st day of March, 2007.

_____
Stephen X. Munger
Georgia Bar No. 529611
Gregory L. Smith, Jr.
Georgia Bar No. 658369
JACKSON LEWIS LLP
1900 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia  30303-1226
Telephone:    404-525-8200
Facsimile:     404-525-1173

LOCAL COUNSEL:

Joseph T. Carpenter
Alabama Bar No. 5114C59J
CARPENTER, INGRAM & MOSHOLDER, LLP
303 Sterling Centre
4121 Carmichael Road
Montgomery, Alabama  36106
Telephone:    334-213-5600
Facsimile:     334-213-5650

ATTORNEYS FOR DEFENDANT
BIG LOTS STORES, INC.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | |
| BIG LOTS STORES, INC., ) | 2:06-CV-380-MHT |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify I have served Plaintiff with the foregoing **DEFENDANT BIG LOTS STORES, INC.'S CORRECTED MOTION FOR SUMMARY JUDGMENT** by causing a copy to be sent via certified mail, return receipt requested, to:

> Nicole Taylor Reed
> 1148 Barley Drive
> Montgomery, AL 36111

This 21st day of March, 2007.

_____
Gregory L. Smith, Jr.
Georgia Bar No. 658369