# EXHIBIT E

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

[X] EEOC   130-2005-04114

_____ and EEOC
State or local Agency, if any

**NAME** (Indicate Mr., Ms., Mrs.)
s. Nicole Taylor Reed

**HOME TELEPHONE** (include area code)
(334)281-3924   cell:328-0445

**STREET ADDRESS**
1148 Barley Dr.

**CITY, STATE AND ZIP CODE**
Montgomery, AL 36111

**DATE OF BIRTH**
11-7-81

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one list below.)

**NAME**
Big Lots Stores, Inc.

**NUMBER OF EMPLOYEES, MEMBERS**
Over 500

**TELEPHONE** (Include Area Code)
(614)278-6800

**STREET ADDRESS**
300 Phillipi Road

**CITY, STATE AND ZIP CODE**
Columbus, Ohio 43228

**COUNTY**
Franklin

**NAME**

**TELEPHONE NUMBER** (include Area Code)

**STREET ADDRESS**

**CITY, STATE AND ZIP CODE**

**COUNTY**

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
[X] RACE    [ ] COLOR    [X] SEX    [ ] RELIGION    [ ] AGE
[ ] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST    LATEST
March 28-30, 2005
[X] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

See attached exhibits A and B.

DEFENDANT'S EXHIBIT
21

SEP 2 2 2005

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

9-16-2005    *Nicole S Reed*
date         Charging Party (Signature)

NOTARY – (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
*Nicole S Reed*

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS DATE (DAY, MONTH, AND YEAR)
*Martha Derby Warren*
State of Ala. at Large
my commission expires
12-10-05

EEOC FORM 5

 

Before the Equal Employment Opportunity Commission
Birmingham District Office
Birmingham, Alabama

06904

| | |
|---|---|
| Nicole Taylor Reed, | ) |
| Charging Party, | ) |
| | ) Charge # |
| v. | ) |
| Big Lots Stores, Inc., | ) |
| Respondent. | ) |

### Exhibit A

That Charging Party, Nicole Taylor Reed, is a Black or African American female, over the age of nineteen, that was and is an employee of Big Lots Stores, Inc., Store 818 of Montgomery, Alabama during March 2005.

That said Charging Party was supervised on March 28-30, 2005 by Michael Williams, a White or Caucasian male associate store manager and Jerry Culpepper, a White or Caucasian male, store manager. On said dates the Charging Party was subjected to race and sex discrimination and or a racially and sexually hostile environment at Big Lots, Store 818 in Montgomery, Alabama by acts of Michael Williams et al. in which he subjected said African American female employee to sexual and racial discrimination, and sexual and racial harassment by his ridicule, etc. of the Charging Party by using photographs, cartoon type pictures and captions that were defaming, intrusive and invasive of privacy and were racially and sexually harassing, etc. as per Exhibit B, attached, etc.

That during February 2005 Jerry Culpepper, store manager, stopped the Charging Party when she was going to her register to work and told her in front of her about this movie that reminded him of what happened to the Charging Party. He stated, "There was this old western

 

06904

movie, okay, that had this black guy in it. The black guy was using the bathroom behind a tree. He said that the white guy was looking for this black guy, okay. So the black guy yelled out, "I am just shaking the bush boss, just shaking the bush." Mr. Culpepper laughed and stated to the Charging Party, "You are too young to remember that movie."

That on or about March 2005 Mr. Culpepper stated more than once to the Charging Party, "These customers get on my fucking nerves."

That on or about July 18, 2005, a fellow associate, Ms. Lisa Poole, came into the store to get some boxes. Billy Pridgen, Assistant Manager, stated, "Nicole [Reed] tell Lisa [Poole] to tell you about the coconut bras." The Charging party asked him, "What?" He stated, "You and Lisa are the only ones who can wear those coconut bras." He sexually demonstrated with his hand by placing it over his chest and laughing.

That on or about August 17, 2005, Jerry Culpepper, store manager, asked if anyone wanted a soda and that he was buying. So the Charging Party said, "I do. A Sprite, please." He bought the soda and while handing it to her stated, "I am going to tell you like the old people use to say, all I need to see now is ass and elbows." The Charging Party said, "What?" and walked off.

That in summary, management at Big Lots, Inc., Store 818, during the last 180 days has made many comments and statements of a racially and sexually harassing nature toward, about, and to the Charging Party which has made it very difficult for her to accomplish her job assignments.

That said race and sex discrimination and or said racially and or sexually hostile environment has substantially damaged the Charging Party by her having to experience mental anguish, damage to her reputation, lost wages, attorneys fees and costs, etc.














3/30/05



3/29/05



Lola Abner
CSS
888429
Store 818



Ms. Martin
Cashier
021709
Store 818





Nicole Taylor
Cashier
194649
Store 818



Mrs. Crosky
Stocker
948132
Store 818