Nicole Taylor Reed

    Plaintiff

v.                      CIVIL ACTION NO.
                       2:06-CV-00380-MHT-CSC

Big Lots Stores, Inc.,

    Defendant         Response

    The defense will argue that I am out of time to sue by reason that we sent the EEOC the same evidence that I sent the first time, but on the second account I gain the right to sue Big Lots. The fact is I sent only the pictures the first time to the EEOC and they dismissed the allegations as humor. The second time I sent the EEOC the pictures, statements and dates of racial and sexual harassment offenses made by Billy Pridgen (Assistant Manager), Jerry Culpepper (Store Manager), and Gerald Michael Williams (Associate Manager). This time a person from the EEOC called and ask me about the incidents. I told her what happened and she said that the pictures were not funny and said she would be in contact with me. A week or so later I received a right to sue letter in the mail.

Nicole Taylor Reed

*/s/ Nicole Taylor Reed*

1148 Barkley Dr
Plantiff Montgomery AL
(334) 328-0445

SUSAN B. MOODY
NOTARY PUBLIC
STATE OF ALABAMA
COMM. EXP. 9-18-2007

*/s/ Susan Moody*

RECEIVED 2007 APR -5 A 11: 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CERTIFICATE OF SERVICE

I hereby certify that on this ___5___ day of __Apr_____, 200_07_ a copy of this ___Response_____ was mailed, postage prepaid, to

Carpenter Prater Ingram + Mosholder LLP
4121 Carmichael Road
303 Sterling Centre
Montgomery AL 36106

Nicole Reed PRO SE LITIGANT
1148 Baxley Dr
Montgomery AL 36111
(334) 328-0445