IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NICOLE TAYLOR REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv380-MHT |
| ) | (WO) |
| BIG LOTS STORES, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On May 31, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. no. 38). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge (doc. no. 38) be and is hereby ADOPTED;

2. That the defendant's motions for summary judgment (doc. nos. 29 and 34) be and are hereby GRANTED;

3. That this case be and is hereby DISMISSED with prejudice; and

4. That costs be and are hereby TAXED against the plaintiff.

DONE, this the 22nd day of June 2007.

　　　　　　　　　　　　　　　　　/s/   Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE