## EXHIBIT A

**Photocopying Expenses – Document Production**

| No. | Document | Date Filed | Pages | Other Copies | Total Pages |
|---|---|---|---|---|---|
| 1. | Defendant's Answer to Complaint | 05/30/06 | 10 | 1 | 10 |
| 2. | Defendant's Corporate Disclosure Statement | 05/30/06 | 3 | 1 | 3 |
| 3. | Motion for Admission Pro Hac Vice - Stephen X. Munger and Gregory L. Smith, Jr. | 05/30/06 | 6 | 1 | 6 |
| 4. | Notice of Appearance by Stephen X. Munger and Gregory L. Smith, Jr. | 06/16/06 | 4 | 1 | 4 |
| 5. | Big Lots Stores, Inc.'s First Set of Interrogatories and First Request for Production of Documents | 07/25/06 | 48 | 1 | 48 |
| 6. | Notice of Deposition of Plaintiff Nicole Taylor Reed | 08/14/06 | 3 | 1 | 3 |
| 7. | Notice of Deposition of Plaintiff Nicole Taylor Reed (w/Proof of Personal Service) | 08/16/06 | 3 | 1 | 3 |
| 8 | Defendant Big Lots Stores, Inc.'s Initial Disclosures | 09/18/06 | 6 | 1 | 6 |
| 9. | Defendant's Notice to Take Deposition of Plaintiff - 01/17/07 | 01/05/07 | 3 | 1 | 3 |
| 10. | Defendant's Motion for Extension of Time | 02/13/07 | 4 | 1 | 4 |
| 11. | Defendant's Motion for Summary Judgment | 03/22/07 | 3 | 1 | 3 |
| 12. | Defendant's Memorandum of Law in Support of Motion for Summary Judgment | 03/22/07 | 61 | 1 | 61 |
| 13. | Defendant's Statement of Undisputed Material Facts | 03/22/07 | 165 | 1 | 165 |
| | | | | **TOTAL PAGES:** | 319 |
| | | | | **TOTAL COST:** (319 pages at 20¢ per page) | $63.80 |