# EXHIBIT B

**Payment for Subpoenaed Documents and Process Server**

| No. | Payment Request From | Document | Payment Requested | Amount Tendered |
|---|---|---|---|---|
| 1 | Troy University | Subpoenaed Education Records | $7.50 | $7.50 |
| 2 | Lowe's Company, Inc | Subpoenaed Employment Records | $36.93 | $36.93 |
| 3 | Home Depot U.S.A., Inc. | Subpoenaed Employment Records | $37.00 | $37.00 |
| 4 | Central Alabama Investigations | Process Server | $66.00 | $66.00 |

**Total** **$147.43**

P.O. Drawer 4419
Montgomery,
Alabama
36103-4419

334-834-1400

January 24, 2007

Jackson Lewis LLP
1900 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, GA 30303-1226

Dear Mr. Smith:

In response to Civil Subpoena Case Number 2:06-CV-380-MHT enclosed are records pertaining to Nicole Taylor Reed, SSN: 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. There is a $5.00 transcript fee and 50 cents per page for all other copying. Please make check or money order for $7.50 payable to Troy University. Should you have any questions, please contact the university attorney, Mr. Sam Adams, at (334)-241-9563.




Sincerely,

Lynn C. Lewis
Campus Registrar

LCL/kj

C: Mr. Sam Adam

>> /



**Human Resources Administration**

## STATEMENT FOR REPRODUCTION OF DOCUMENTS

**Date:** 1-25-07

**TO:** Carpenter, Ingram, & Mosholder LLP
303 Sterling Center
4121 Carmichael Rd
Montgomery, AL 36106

**Re:** Nicole S. Taylor

**Research Fee** .................................................... ~~$25.00~~

**Copy Fee** (34 pages @ .50¢ per page) .................................. $17.00

**Microfilm Copy Fee** (______ pages @ $1.00 per page) .................. $______

**Federal Express / UPS / Postage Fee** ........................................ $19.93

**Credit for Payment Received (Check/Cash)** .................. (Deduct) $______

**TOTAL DUE** ............................................................ $36.93

**Please make check payable to:**

**Lowe's Companies, Inc**
**P.O. Box 1111**
**North Wilkesboro, NC 28656**
**Attention: Tracey Robinson**
**Mailcode: PRN 6**
**F.E.I.N:**

- [x] 56-0748358
- [ ] 56-0578072
- [ ] 91-1465348
- [ ] 56-2010120




THE HOME DEPOT • 2455 Paces Ferry Rd., • Atlanta, GA 30339

VIA UPS OVERNIGHT DELIVERY

May 31, 2007

Jackson/Lewis Attorneys At Law
1900 Marquis One Tower
245 Peachtree Center Avenue N.E.
Atlanta, GA 30033

RE.: NAME: Nicole S. Taylor Reed
SSN NO.: 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
CLIENT MATTER: 102282

We acknowledge receipt of your request for copies of the above referenced records. Home Depot Tax ID#: 58-1853319. Charges for copies of the request are as follows:

(x) STANDARD FEE.................................................................$25.00
(x) NOTARY FEE.....................................................................$ 2.00

The following shipping charges are included with total:
(x) COMMON CARRIER ($10.00 @ UPS)..............................................$10.00

**TOTAL**.........................................................**$37.00**

(x) LESS PRE-PAID AMOUNTS (ck#00000)..........................................$0.00

**(x) ADJUSTED BALANCE DUE**..................................................**$37.00**

Please make your check payable to and mail to (include employee name and Social Security number):

HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD, NW
ATLANTA, GA 30339-4024
ATTN: PAYROLL DEPARTMENT / SUBPOENA TEAM



6769

**_Central Alabama Investigations_**
Toby Horne
Post Office Box 240831
Montgomery, Alabama 36124
(334) 277-8945

| Client Name | Client Number | Date Traveled | Purpose | Mileage |
|---|---|---|---|---|
| Reed v. Big Lots | 06-34 | 8/20/06 | Process Serve "1" | |
| | | | Each Mile | |
| | | | Total Mileage Fee | N/A |
| | | | | |
| | | | Hourly Rate | $66.00 |
| | | | Hours Worked/Preparation | X 1 hr |
| | | | Total Hourly Fee | $66.00 |
| | | | | |
| | | | TOTAL | $66.00 |