## EXHIBIT C

**Payment for Deposition Fees**

| No. | Payment Request From | Document | Payment Requested | Amount Tendered |
|---|---|---|---|---|
| 1 | LegalLink, Inc. | Deposition Transcript of Nicole Taylor Reed and Court Reporter Appearance Fee | $1,160.35 | $1,160.35 |

**Total**    $1,160.35

# LEGALINK, INC. 
## MERRILL LEGAL SOLUTIONS
1933 Richard Arrington Jr. Boulevard S
Birmingham, AL 35209
Phone: (205) 251-4200
Fax: (205) 252-5644

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 11053278 | 01/25/2007 | 1101-51848 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 01/17/2007 | PAULNI | |

**CASE CAPTION**

Nicole Taylor Reed vs. Big Lots

**TERMS**

Immediate

Gregory L. Smith, Jr.
Jackson Lewis, L.L.P.
1900 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, GA 30303

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Nicole Taylor Reed                       286 Pages @      3.05/Page        872.30
        EXHIBITS                              94 Pages @       .35/Page         32.90
        ATTENDANCE                                                             100.00
        TotalTranscript                                                         40.00
        Exhibit Tabs                          25.00          @    .20            5.00
        Word Index                            23.00          @   3.05           70.15
        Processing Fee                                                          15.00
        Delivery Non-Local                                                      25.00

                                             TOTAL    DUE    >>>>            1,160.35
```

Please note our new Federal Employer Identification Number 20-2665382, and update your records if necessary. If you have any questions, please contact your local LegaLink, Inc., office.

TAX ID NO.: 20-2665382                                          (404) 525-8200

*Please detach bottom portion and return with payment*

Gregory L. Smith, Jr.
Jackson Lewis, L.L.P
1900 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, GA 30303

Invoice No.: 11053278
Date       : 01/25/2007
**TOTAL  DUE** :   1,160.35

Job No.    : 1101-51848
Case No.   :
Nicole Taylor Reed vs. Big Lots

Remit To:   LegaLink, Inc.
            PO Box 538477
            Atlanta, GA 30353-8477